

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

3/23/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 3:45:22 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:     FIRST COURT OF APPEALS

From:   Deputy Clerk: DUANE C. GILMORE
        Chris Daniel, District Clerk
        Harris County, T E X A S

CAUSE: 2011-56200   COURT#: 295TH

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS

VOLUME:   PAGE:     OR     IMAGE #: 63619934

NOTICE OF APPEAL FILE DATE: 3/20/2015

ATTORNEY/FILER: DANIEL W JACKSON SBOT: 00796817

JUDGMENT DATE: 12/22/2014                          DUE DATE: 4/21/2015

MOTION FOR NEW TRIAL FILE DATE: January 21, 2015

NUMBER OF DAYS: ( CLERKS RECORD ) 120

FILE ORDERED:   YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐

REQUEST FOR TRANSCRIPT FILED?: YES

NOTICE OF APPEAL PREVIOUSLY FILED: NO     IF YES, APPELLATE NO(S):

NOTES:

CODES FOR NOTICE OF APPEAL:       BC

                                  C

                                  OA


                          CHRIS DANIEL
                          Harris County, District Clerk


                  By: **/S/ DUANE C. GILMORE**
                          DUANE C. GILMORE , Deputy


BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

## NO. 2011-56200

| | | |
|---|---|---|
| ENTERPRISE HOMES, INC., D/B/A THE ENTERPRISE COMPANY, SW SERVICE CENTER 1, L.P., AND SW SERVICE CENTER 2, L.P., | § § § § § § | IN THE DISTRICT COURT OF |
| **Plaintiffs,** | § | HARRIS COUNTY, TEXAS |
| V. | § | |
| HARRIS COUNTY APPRAISAL DISTRICT, | § | 295TH JUDICIAL DISTRICT |
| **Defendant.** | § § | |

### PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs SW Service Center 1, L.P. and SW Service Center 2, L.P. ("plaintiffs") file this notice of appeal, as follows:

1.    This is an appeal from the Final Judgment signed by the Court on December 22, 2014.

2.    Plaintiffs timely filed a motion for new trial on January 21, 2015.

3.    Plaintiffs desire to appeal the Final Judgment to either the First or Fourteenth Court of Appeals in the State of Texas.

Notice of Appeal

Respectfully submitted,

**THE JACKSON LAW FIRM**

/s/ *Daniel W. Jackson*

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com

Counsel for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing document was served on all counsel of record, *via* ProDocs, on March 20, 2015:

Donna Gray
Olson & Olson, L.L.P.
2727 Allen Parkway, Suite 600
Houston, Texas 77019-2133

***dgray@olsonllp.com***

/s/ *Daniel W. Jackson*

Daniel W. Jackson

CASE NUM: 201156200__ PJN> __  TRANS NUM: _____ CURRENT COURT: 295 PUB? _
CASE TYPE: APPEAL APPRAISAL BOARD        CASE STATUS: DISPOSED (FINAL)
STYLE: ENTERPRISE HOMES INC (DBA THE ENT VS HARRIS COUNTY APPRAISAL DISTRICT
================================================================================
                         **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME              PTY   ASSOC. ATTY
   NUM    NUMBER                                        STAT
_      00006-0001 AGT          HARRIS COUNTY APPRAISAL DISTRI
_      00005-0001 PLT 00796817 SW SERVICE CENTER 2 L P       JACKSON, DANI
_      00005-0001 PAP 20446750 VAN KERREBROOK, MARY A.
_      00004-0001 PLT 00796817 SW SERVICE CENTER 1 L P       JACKSON, DANI
_      00004-0001 PAP 20446750 VAN KERREBROOK, MARY A.
_      00003-0001 PLT 00796817 ENTERPRISE COMPANY (THE)      JACKSON, DANI
_      00003-0001 PAP 20446750 VAN KERREBROOK, MARY A.
_      00002-0001 DEF 08316100 HARRIS COUNTY APPRAISAL DISTRI   GRAY, DONNA K

   ==> (10) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.   10=REFRESH    11=HELP

CASE NUM: 201156200__ PJN> __  TRANS NUM: _____ CURRENT COURT: 295 PUB? _
CASE TYPE: APPEAL APPRAISAL BOARD        CASE STATUS: DISPOSED (FINAL)
STYLE: ENTERPRISE HOMES INC (DBA THE ENT VS HARRIS COUNTY APPRAISAL DISTRICT
================================================================================
                         **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME              PTY   ASSOC. ATTY
   NUM    NUMBER                                        STAT
_      00001-0001 PLT 00796817 ENTERPRISE HOMES INC (DBA THE    JACKSON, DANI
_      00001-0001 PAP 20446750 VAN KERREBROOK, MARY A.

   ==> (10) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.   10=REFRESH    11=HELP

CASE NUM: 201156200__ PJN> __  TRANS NUM: _____ CURRENT COURT: 295 PUB? _
CASE TYPE: APPEAL APPRAISAL BOARD        CASE STATUS: DISPOSED (FINAL)
STYLE: ENTERPRISE HOMES INC (DBA THE ENT VS HARRIS COUNTY APPRAISAL DISTRICT
================================================================================
                         **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR      PERSON NAME              PTY   ASSOC. ATTY
   NUM    NUMBER                                        STAT



   ==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.   10=REFRESH    11=HELP